## JAMES MAY *versus* AUGUSTUS B. WOODWARD

JOURNAL ENTRIES (1815–17): *Journal 2:* (1) Declaration filed \*p. 468; (2) rule to plead, continued \*p. 479; (3) deposition ordered taken de bene esse \*p. 487; (4) rule to plead \*p. 500; (5) referred \*p. 510; (6) report of referees, judgment \*p. 533.

PAPERS IN FILE: (1) Precipe for writ; (2) capias and return; (3) declaration; (4) draft of rule of reference; (5) notice to defendant of time and place of hearing; (6) notice to plaintiff of time and place of hearing; (7–8) subpoenas; (9) award of referees; (10) precipe for ca. sa.; (11) ca. sa. and return; (12) memo. of costs and fees; (13–14) statements of accounts; (15) award of arbitrators; (16) supplemental award.

*Office Docket,* MS p. 24, c. 52; p. 39-a, c. 32; p. 53, c. 1.

## UNITED STATES *versus* IGNACE MORAS

JOURNAL ENTRIES (1815): *Journal 2:* (1) Plea, jury trial, verdict, discharge \*p. 469.

PAPERS IN FILE: (1) Indictment; (2) capias and return; (3) subpoena for John McGregor, John Connelly and Geo. McDougall; (4) alias capias and return; (5) precipe for subpoena; (6–7) subpoenas.

*Office Docket,* MS p. 9, c. 8.